LAWRENCE G. BROWN
Acting United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE MANUEL ALONSO MORALES,<br><br>　　　　Defendant. | 1:08-cr-00054-OWW<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING AND<br>ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for **June 1, 2009** may be continued to **June 29, 2009 at 9:00 a.m.**

This request is being made as the parties need additional time to prepare for the sentencing hearing and conduct the necessary interviews.

Dated: May 27, 2009　　　　　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Laurel J. Montoya
　　　　　　　　　　　　　　　　　　　　　　　　LAUREL J. MONTOYA
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

//

//

1

| | |
|---|---|
| Dated: May 27, 2009 | /s/ John Garcia |
| | JOHN GARCIA |
| | Attorney for the Defendant |

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.

**Dated:   May 27, 2009**              /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE